ARCHIE HOPKINS, Respondent, v. MINNIE STEUBING, Appellant, Impleaded, etc.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, the evidence was not sufficient to show that the husband carried on the farm as agent for his wife. Proof that she owned the farm and stock is not sufficient. (See *Jones* v. *Walker*, 63 N. Y. 612, and *Dickerson* v. *Rogers*, 114 id. 405.) All concurred, except Merrell, J., who dissented upon the ground that it appears from the testimony of W. M. Steubing, the financially irresponsible husband of appellant, who was active in procuring the feed for the sustenance of his wife's cows, but who seems now deeply interested in defeating plaintiff's just demand therefor, claiming that he alone and not his solvent wife was the person obligated to pay, and who testified: "I have been running the business which she [his wife] owns; " that he was merely the agent for his wife and that the latter was legally obligated to pay for the feed for her stock.

JOHN C. COLLINS, Respondent, v. CHARLES A. KENWORTHY and Another, Appellants.— Judgment affirmed, with costs. Held, if the judgment were not so clearly right upon the merits we are of the opinion that it should be reversed because of the improper conduct of plaintiff's counsel. All concurred.

ANNA M. McCULLOUGH, as Administratrix, etc., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, if plaintiff's intestate was aware of the approach of the train to the crossing, then absence of signals was not a cause of the accident. If intestate was not aware of the approach of the train, then he was negligent in failing to look. All concurred, except Kruse, P. J., who dissented and voted for affirmance.

The following applicants were admitted to practice as attorneys and counselors at law during the November, 1916, term, upon certificate of the State Board of Law Examiners: Charles Benjamin Forsyth, of Rochester; James J. Butler, of Carthage; Samuel S. Gelberg, Jr., of Buffalo; Clarence O. Moore, of Syracuse; Henry Altman, Jr., of Buffalo; Morris Goldstein, of Buffalo; Elliott A. Horton, of Geneseo; Walter S. Mahoney, of Gloversville; Bernard A. Duerr, of Liverpool; James C. Tormey, of Syracuse; John J. Mahar, of Syracuse; Arthur L. Evans, of Remsen; Hamilton C. Griswold, of Rochester; Garrick Mallery Spencer, of Watertown.

In the Matter of the Examination of PORTER A. WILSON, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution upon the Application of FLORENCE A. FAILING, as Administratrix, etc., Judgment Creditor, Appellant, under a Judgment Recovered in an Action Entitled: Supreme Court, Onondaga County, Elizabeth A. Failing, Plaintiff, v. Porter A. Wilson, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concurred.